UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXIS RENE GOMEZ,<br><br>               Plaintiff,<br><br>     v.<br><br>UNKNOWN,<br><br>               Defendant. | Case No.  2:20-cv-02259-KJM-JDP (PC)<br><br>ORDER DIRECTING THE U.S. MARSHAL TO SERVE SUBPOENA ON CDCR'S OFFICE OF LEGAL AFFAIRS |

     Plaintiff, a state inmate proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  The court previously found service of the complaint appropriate against an unidentified individual who acted as "the scheduler" at High Desert State Prison around January and February 2012.  ECF No. 8.  Because that defendant cannot be served until he or she has been identified by name, plaintiff was provided a signed but otherwise blank subpoena form to allow him to seek documents from a non-party that will reveal the name of the unidentified individual.  *Id*. at 5.

     Plaintiff has since returned to the court a completed subpoena, which is directed at the High Desert State Prison.  Since that prison is not a separate and distinct entity, the court finds that plaintiff's subpoena should be construed as being directed at the California Department of Corrections and Rehabilitation.  To assist the U.S. Marshal in effecting service of the subpoena, the court will modify the subpoena accordingly.

1     Based on the foregoing, it is hereby ORDERED that:

2     1. The subpoena duces tecum submitted by plaintiff is amended in that it shall be directed to CDCR's Office of Legal Affairs at 1515 S Street, Ste. 314 South, Sacramento, CA 95811.

3     2. The Clerk of the Court shall serve a copy of this order and plaintiff's subpoena on the U.S. Marshal.

4     3. Within fourteen days from the date of this order, the U.S. Marshal shall personally serve the subpoena duces tecum and a copy of this order upon CDCR's Office of Legal Affairs at 1515 S Street, Ste. 314 South, Sacramento, CA 95811.

5     4. Within ten days after personal service of the subpoena duces tecum, the U.S. Marshal shall file the return of service for the nonparties with the court.

IT IS SO ORDERED.

Dated:    April 21, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2