UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXIS RENE GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendant. | Case No.  2:20-cv-02259-KJM-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL ISSUANCE OF A SUBPOENA<br><br>ECF No. 19<br><br>ORDER DIRECTING THE U.S. MARSHAL TO RE-SERVE SUBPOENA ON CDCR'S OFFICE OF LEGAL AFFAIRS |

      On March 12, 2021, the court screened plaintiff's complaint and found that it stated a viable Eighth Amendment claim for deliberate indifference against an unidentified individual who acted as the scheduler at High Desert State Prison between January and February 2012. ECF No. 8. In that order, the court directed plaintiff to return to the court a signed subpoena seeking documents likely to reveal the name of the unidentified individual. *Id.* at 5. On April 22, 2022, after receiving plaintiff's subpoena, the court directed the U.S. Marshal to serve it on California Department of Corrections and Rehabilitation's ("CDCR") Office of Legal Affairs.[1] ECF No. 16.

      More recently, plaintiff has filed a motion to compel issuance of that subpoena. ECF No.

---

[1] The subpoena was originally directed at High Desert State Prison. Since that prison is not a separate and distinct entity, the court modified the subpoena to be directed at CDCR's Office of Legal Affairs. ECF No. 16.

19. He states that he has not received a response from the subpoena that should have been served six months prior. *Id*. at 2.  Court staff subsequently contacted the office of the U.S. Marshal to inquire about the status of the subpoena and have learned that it has not been served. The U.S. Marshals Service has not been able to locate the subpoena. Accordingly, the court will again direct the U.S. Marshal to personally serve a subpoena on CDCR's Office of Legal Affairs.

      Based on the foregoing, it is hereby ORDERED that:

      1. Plaintiff's motion to compel issuance of the subpoena, ECF No. 19, is granted.

      2. The Clerk of Court is directed to:

         a. serve a copy of this order and the attached subpoena on the U.S. Marshal; and

         b. send a courtesy copy of this order to CDCR's Office of Legal Affairs at 1515 S Street, Ste. 314 South, Sacramento, CA 95811.

      3. Within fourteen days from the date of this order, the U.S. Marshal shall personally serve the subpoena duces tecum and a copy of this order upon CDCR's Office of Legal Affairs at 1515 S Street, Ste. 314 South, Sacramento, CA 95811.

      4. Within ten days after personal service of the subpoena duces tecum, the U.S. Marshal shall file the return of service for the nonparties with the court.

IT IS SO ORDERED.

Dated:   December 2, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE