UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXIS RENE GOMEZ,<br><br>    Plaintiff,<br><br> v.<br><br>UNKNOWN,<br><br>    Defendant. | Case No. 2:20-cv-02259-KJM-JDP (PC)<br><br>ORDER DIRECTING THE COURT OF CLERK TO SERVE THIS ORDER AND PLAINTIFF'S MOTION TO COMPEL ON CDCR AND SETTING A HEARING ON PLAINTIFF'S MOTION<br><br>ECF No. 24 |

  Plaintiff is a state inmate proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. He moves to compel CDCR's compliance with a subpoena duces tecum pursuant to Federal Rule of Civil Procedure 45(g). ECF No. 24. Since CDCR has not been served with plaintiff's motion, I will direct the Clerk of Court to serve this order and the motion on CDCR, direct CDCR to file a response, and a set the matter for hearing.

  By way of brief background, plaintiff filed a complaint in 2020 alleging that an unknown individual, who is only known to plaintiff as a "scheduler" who worked at High Desert State Prison between January and February 2012, delayed his medical care in violation of the Eighth Amendment. ECF No. 1. This, however, is not plaintiff's first lawsuit regarding his medical care in 2012. In 2015, plaintiff brought a suit alleging nearly identical facts against two doctors. *See Gomez v. Braun*, Case No. 2:15-cv-02523-MCE-KJN (E.D. Cal.). Plaintiff learned in discovery

1

1   of the scheduler's participation in his delayed treatment. Plaintiff moved to amend the complaint
2   to allege claims against the unknown scheduler, but he did so after the magistrate judge had
3   recommended granting the defendants' motion for summary judgment. The court denied
4   plaintiff's motion and entered summary judgment against him. Plaintiff appealed and the Ninth
5   Circuit found that the district court did not abuse its discretion in denying plaintiff's motion to
6   amend. After the conclusion of that appeal, plaintiff filed this action against the unknown
7   scheduler.
8       I screened the complaint and ordered the Clerk of Court to provide plaintiff with a signed
9   subpoena form to request documents from a non-party so that he could seek documents
10  identifying the unknown defendant. ECF No. 8. Plaintiff returned a completed subpoena to the
11  court; however, it was directed at High Desert State Prison, which is not a separate and distinct
12  entity. I modified the submitted subpoena to reflect that it be served on CDCR's Office of Legal
13  Affairs. ECF No. 16. Plaintiff later filed a motion to compel stating that he had not received a
14  response from the subpoena. ECF No. 19. I directed the U.S. Marshal to personally serve the
15  subpoena on CDCR's Office of Legal Affairs. ECF No. 20.
16      Plaintiff received CDCR's response to the subpoena; however, he asserted that the
17  response was overly broad. ECF No. 22. The response listed almost thirty individuals, but none
18  of the names specified who was responsible for "handling medical referrals for psychiatric care
19  and scheduling related appointments" between January and February 2012 at HDSP, as the
20  subpoena had requested. *Id.* at 5.
21      Plaintiff now moves to compel CDCR's compliance with the subpoena, pursuant to
22  Federal Rule of Civil Procedure 45(g). ECF No. 24. I will direct the Clerk of Court to serve this
23  order and plaintiff's motion on CDCR. The court finds that a hearing on plaintiff's motion is
24  warranted. *See* L.R. 230(*l*). Plaintiff and CDCR are ordered to appear before the court via Zoom
25  on December 14, 2023, at 10:00 a.m. for a hearing on plaintiff's motion. CDCR shall file a
26  respond to plaintiff's motion within thirty days after being served with it, and plaintiff may file a
27  reply to CDCR's opposition, if any, fourteen days thereafter.
28

Accordingly, it is hereby ORDERED that:

1. The Clerk of Court is directed to serve a copy of this order and plaintiff's motion at ECF No. 24 on CDCR's Litigation Department, Office of Legal Affairs, 1515 S Street, Ste. 314 South, Sacramento, CA 95811.

2. CDCR shall file a response to plaintiff's motion within thirty days after service of the motion.

3. Plaintiff may file a reply to CDCR's opposition, if any, within fourteen days after it is served.

4. Plaintiff's motion to compel, ECF No. 24, is set for hearing via Zoom on December 14, 2023, at 10:00 a.m.

5. The Clerk of Court is directed to send a courtesy copy of this order and plaintiff's motion at ECF No. 24 to R. Lawrence Bragg, Office of the California Attorney General, 1300 I Street, 10th Floor, Sacramento, California 95814.

IT IS SO ORDERED.

Dated:  October 17, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3