UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXIS RENE GOMEZ, *et al.*, | Case No. 2:20-cv-02259-KJM-JDP (PC) |
| Plaintiffs, | **ORDER** |
| v. | AFTER HEARING |
| UNKNOWN, | ECF No. 24 |
| Defendant. | |

This case was before the court on December 14, 2023, for hearing on plaintiff's motion for contempt. ECF No. 24. Plaintiff appeared pro se, and attorney Lawrence Bragg and High Desert State Prison Litigation Coordinator Amelia Hicks specially appeared on behalf of CDCR.

For the reasons stated on the record, it is hereby ORDERED that:

1. Plaintiff's motion for contempt, ECF No. 24, is denied.

2. The Clerk of Court is directed to send plaintiff a signed but otherwise blank subpoena.

3. CDCR shall file, within thirty days of this order, a notice with the court indicating that it provided plaintiff with a status update on the unknown defendant's identity.

1

IT IS SO ORDERED.

Dated:  <u>    December 14, 2023    </u>            _____
                                                                    JEREMY D. PETERSON
                                                                    UNITED STATES MAGISTRATE JUDGE