UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXIS RENE GOMEZ,<br><br>             Plaintiff,<br><br>     v.<br><br>UNKNOWN,<br><br>             Defendant. | Case No.  2:20-cv-02259-KJM-JDP (PC)<br><br>**FINDINGS AND RECOMMENDATIONS**<br><br>THAT THIS CASE BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO EFFECT SERVICE ON DEFENDANT<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

      Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Despite multiple opportunities to do so, plaintiff has not been able to provide the U.S. Marshal with sufficient information to effect service on the unknown defendant.  Thus, under Federal Rule of Civil Procedure 4(m), I will recommend that this action be dismissed.

      Efforts to identify the unknown defendant are well documented.  *See* ECF Nos. 8, 11, 16, 19, 20, 22, 24, 29, & 33.  Suffice it to say, after almost four years, plaintiff has been unable to ascertain the identity of the individual who acted as a scheduler at High Desert State Prison between January and February 2012.  In my latest order, I notified plaintiff that if a defendant is not served within ninety days after a complaint is filed, the court must, after notice to the plaintiff, dismiss the action without prejudice. Fed. R. Civ. P. 4(m).  ECF No. 33.  In the same order, I provided plaintiff an additional thirty days to notify the court of the defendant's identity, and I explained that should he fail to do so, I would recommend dismissal.  *Id.*  Plaintiff has neither

responded to the latest order nor demonstrated that he has learned the defendant's identity.

Accordingly, I recommend that this action be dismissed pursuant to Federal Rule of Civil Procedure 4(m).  *See Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994) *overruled on other grounds by Sandin v. Conner*, 515 U.S. 472, 483-84 (1995)); *Wilson v. Moreno*, No. ED-CV-14-513-JAK (DFM), 2016 WL 827702, at *5 (C.D. Cal. Feb. 8, 2016) ("Courts regularly dismiss actions for failure to make service under Fed. R. Civ. P. 4(m) when a plaintiff provides the USMS with an inaccurate or obsolete address for a defendant."); *Hunter v. Galvan*, No. CV-21-01228-PHX-SRB (ESW), 2021 WL 5988597, at *1 (D. Ariz. Dec. 17, 2021) ("[W]here a prisoner fails to provide the USMS with accurate and sufficient information to effect service of the summons and complaint, a court's sua sponte dismissal of the unserved defendant(s) is appropriate.").

Accordingly, it is hereby RECOMMENDED that:

1. This action be dismissed without prejudice for failure to serve the defendant within the time specified under Federal Rule of Civil Procedure 4(m).

2. The Clerk of Court be directed to close this matter.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   October 7, 2024

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE

2