UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXIS RENE GOMEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNKNOWN,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-02259-DC-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS<br><br>ECF No. 36<br><br>OBJECTIONS DUE WITHIN THIRTY DAYS |

　　　Plaintiff has filed a motion for an extension of time to file objections to the October 8, 2024 findings and recommendations. ECF No. 36

　　　Good cause appearing, it is hereby ORDERED that:

　　　1. Plaintiff's motion for an extension of time, ECF No. 36, is granted in part.

　　　2. Plaintiff is granted December 6, 2024, to file objections to the October 8, 2024 findings and recommendations.

IT IS SO ORDERED.

Dated:　October 22, 2024

　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE